UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRIGGER MEMORY CO., LLC, a Washington State limited liability company, JENNIE WINTERS, an individual, and MARILLEE FLANAGAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JESSIE WILSON, an individual,<br><br>Defendant. | NO: 4:20-CV-5222-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiffs' Notice of Settlement and Voluntary Dismissal with Prejudice (ECF No. 10). Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Plaintiffs' Complaint against Defendant Jessie Wilson is **DISMISSED** with prejudice. All parties shall each be responsible for their own attorneys' fees, costs, and expenses.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to Plaintiff, and **CLOSE** the file.

**DATED** March 23, 2021.



THOMAS O. RICE
United States District Judge