AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TRIGGER MEMORY CO., LLC, et al, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| JESSIE WILSON, an individual, | |
| *Defendant* | |

Civil Action No.    4:20-CV-5222-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Plaintiffs' Complaint against Defendant Jessie Wilson is DISMISSED with prejudice. All parties shall each be responsible for their own attorneys' fees, costs, and expenses.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ THOMAS O. RICE _____ on Plaintiffs' Notice of Settlement and Voluntary Dismissal with Prejudice (ECF Nos. 10).

Date:  _March 23, 2021_

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____